# United States District Court

DISTRICT OF __MASSACHUSETTS__

MAERSK SEALAND,

        V.

PERINI MANAGEMENT SERVICES, INC.,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04 CV 10220 REK

TO: (Name and address of defendant)
PERINI MANAGEMENT SERVICES, INC.
73 Mount Wayte Avenue
Framingham, MA  01701-9160

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LAW OFFICES OF
ALBERT J. AVALLONE & ASSOCIATES
551 Fifth Avenue, Suite 1701
New York, NY  10176
(212) 696-1760
AA1679

Designated Local Counsel:
PITTS & PITTS
152 Lynnway, Unit 1F
Lynn, MA  01902
(781) 596-7171

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(BY) DEPUTY CLERK

DATE  1-30-04

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | FEB 3RD 2004 |
| NAME OF SERVER (PRINT) PHILIP A. ROBINSON | TITLE CONSTABLE |

Check one box below to indicate appropriate method of service

☐

COMMONWEALTH OF MASSACHUSETTS
MIDDLESEX SS              FRAMINGHAM              FEBRUARY 3RD, 2004

BY VIRTUE OF THIS SUMMONS, I HAVE THIS DAY SERVED THE WITHIN NAMED DEFENDANT CORPORATION PERINI MANAGEMENT SERVICES, INC. BY DELIVERING A TRUE AND ATTESTED COPY THEREOF, A COMPLAINT WITH EXHIBITS ALL IN HAD TO ROSEMARY A. ORTEGA LEGAL ADMINISTRATOR, ASST. CORPORATE SECRETARY AND CLERK OF THE CORPORATION AND A PERSON AUTHORIZED TO TAKE SERVICE ON BEHALF OF THE CORPORATION.
SAID SERVICE WAS MADE AT 73 MOUNT WAYTE AVENUE IN FRAMINGHAM, COUNTY OF MIDDLESEX.
SIGNED UNDER PAIN AND PENALTY OF PERJURY.

SERV & TR   $ 35.00
ATT, MV & M $ 20.00
TOT         $ 55.00

PHILIP A. ROBINSON
CONSTABLE OF FRAMINGHAM
A DISINTERESTED PERSON
ROBINSON & SHULMAN
P.O. BOX 1303 FRAMINGHAM

COMMONWEALTH OF MASSACHUSETTS
MIDDLESEX SS              FRAMINGHAM              FEBRUARY 3RD, 2004

BY VIRTUE OF THIS SUMMONS, I HAVE THIS DAY SERVED THE WITHIN NAMED ROBERT BAND, PRESIDENT OF THE NAMED PERINI MANAGEMENT SERVICES, INC. BY DELIVERING A TRUE AND ATTESTED COPY THEREOF AND THE COMPLAINT WITH EXHIBITS IN HAND TO ROSEMARY A. ORTEGA WHO WAS SPECIFICALLY ALLOWED TO ACCEPT SERVICE ON BEHALF OF MR. ROBERT BAND
SAID SERVICE WAS MADE AT 73 MOUNT WAYTE AVENUE IN FRAMINGHAM, COUNTY OF MIDDLESEX.
SIGNED UNDER PAIN AND PENALTY OF PERJURY.

SERV,    $25.00
ATT & M  $10.00
TOT      $35.00

PHILIP A. ROBINSON
CONSTABLE OF FRAMINGHAM
A DISINTERESTED PERSON
ROBINSON & SHULMAN
P.O. BOX 1303 FRAMINGHAM

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.