UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MAERSK SEALAND,<br>    Plaintiff,<br><br>v.<br><br>PERINI MANAGEMENT<br>SERVICES, INC.,<br>    Defendant. | )<br>)<br>)<br>)    Civil Action No.: 04 CV 10220<br>)<br>)<br>)<br>) |

## PLAINTIFF'S NOTICE OF DISMISSAL UNDER FRCP 41(a)(1) WITHOUT PREJUDICE NO ANSWER HAVING BEEN FILED

The Plaintiff hereby gives notice of dismissal under FRCP 41(a)(1) without prejudice no service of an answer having been made by the Defendant.

                                        The Plaintiff,
                                        By its Attorney,

Date: February 10, 2004

EDMUND M. PITTS, ESQ.
PITTS & PITTS, LLC
BBO#: 400880
Seaport Landing
152 Lynnway, Unit 1F
Lynn, MA 01902
(781) 596-7171

LAW OFFICES OF
ALBERT J. AVALLONE & ASSOC.


By _s/ Albert J. Avallone_
    Albert J. Avallone – AA1679
Attorneys for Plaintiff
MAERSK SEALAND
551 Fifth Avenue, Suite 1701
New York, NY 10176
(212) 696-1760

**PITTS & PITTS, L.L.C.**
LAW OFFICE

EDMUND M. PITTS
ALSO ADMITTED IN ME

EDMUND R. PITTS
ALSO ADMITTED IN ME & NM

SEAPORT LANDING
152 LYNNWAY, UNIT 1F
LYNN, MA 01902
TELEPHONE (781) 596-7171
TELECOPIER (781) 599-4946



February 10, 2004

**HAND DELIVER**

United States District Court
for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210

    Re:   *Maersk Sealand v. Perini Management Services, Inc.*
    No.:  04 CV 10220

Dear Sir/Madam:

    We enclose for filing:

        1.    PLAINTIFF'S NOTICE OF DISMISSAL UNDER FRCP 41(a)(1) WITHOUT PREJUDICE NO ANSWER HAVING BEEN FILED.

                      Sincerely yours,

                      Edmund M. Pitts

EMP/kas
ENC.
CC:   Albert J. Avallone, Esq.